## SMITH *v.* THE STATE.

HUTCHESON, Justice. This case being for decision by a full bench of six Justices, who are equally divided in opinion as to whether the court erred in refusing a new trial, Russell, C. J., Beck, P. J., and Atkinson, J., being of the opinion that the court erred, and Gilbert, Bell, and Hutcheson, JJ., being of the opinion that the court did not err, the judgment is affirmed by operation of law.

### ON REHEARING.

After grant of the motion for rehearing, the former judgment is adhered to. No. 10438. MAY 18, 1935. ADHERED TO ON REHEARING, SEPTEMBER 12, 1935.

*Minor Dempsey* and *Shelby Myrick,* for plaintiff in error.

*M. J. Yeomans,* attorney-general, *Samuel A. Cann,* solicitor-general, *B. D. Murphy, J. T. Goree,* and *A. J. Ryan Jr.,* contra.